612

No. —, original. Ex parte Joseph Murphy. May 20, 1940. Motion for leave to file petition for writ of habeas corpus denied.

No. —, original. Ex parte W. J. Meredith. May 20, 1940. Motion for leave to file petition for writ of mandamus denied.

No. 813. Montgomery Ward & Co. v. Duncan. May 20, 1940. Motion of the respondent to dismiss the writ of certiorari denied.

No. 1003. Shelley v. United States. May 20, 1940. Application denied. *Rebecca Shelley, pro se.*

No. 13, original. Pennsylvania v. New Jersey et al. Argued April 22, 1940. Decided May 27, 1940. *Per Curiam:* As the questions sought to be presented in this suit by the Commonwealth of Pennsylvania have been determined by the judgment of this Court in *Delaware River Joint Toll Bridge Commission* v. *Colburn, ante,* p. 419, the complaint herein is dismissed without costs to either party. *Mr. Wm. A. Schnader,* with whom *Mr. Claude T. Reno,* Attorney General of Pennsylvania, was on the brief, for complainant. *Mr. John W. Ockford,* Assistant Attorney General, for New Jersey; and *Mr. Egbert Rosencrans* and *Mr. Robert B. Meyner, pro hac vice,* for John D. Colburn et al.,—defendants.

No. 459. H. Rouw Company v. Crivella. Submitted February 8, 1940. Decided May 27, 1940. *Per Curiam:* In the light of Public, No.